No. 1335, October Term, 1966. PARKS *v.* SIMPSON TIMBER CO. ET AL., 388 U. S. 459. Rehearing denied. The *per curiam* opinion issued in this case on June 12, 1967, is hereby amended to provide that the judgment of the United States Court of Appeals for the Ninth Circuit be vacated rather than reversed, and that the case be remanded to that court in order that it may pass upon the issues in the case not covered by its prior opinion■ The judgment heretofore entered in this case is hereby amended in the same maner. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition and order.

OCTOBER 23, 1967.

No. 31, Orig. UTAH *v.* UNITED STATES. Motion of Morton International, Inc., for leave to intervene and file an answer is referred to the Special Master. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *L. M. McBride, Frank A. Wollaeger, Myer Feldman* and *Martin Jacobs* on the motion. [For earlier orders herein, see 387 U. S. 902, 388 U. S. 902.]

No. 163. NATIONAL SMALL SHIPMENTS TRAFFIC CONFERENCE, INC., ET AL. *v.* RINGSBY TRUCK LINES, INC., ET AL. Appeal from D. C. Colo. The United States and the Interstate Commerce Commission requested to address themselves further to issue of mootness in this case, in particular to statement in their memorandum that the issue with respect to restraining order entered by the District Court "is not moot because it would affect appellants' claims for restitution of charges paid under the increased rates." MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.